**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:22-cv-00286-KLM

GREENBERG TRAURIG, LLP, a New York Limited Liability Partnership,

    Plaintiff,

v.

TIJS VERWEST A/K/A TIESTO, an individual,

    Defendant.

## ENTRY OF APPEARANCE

Pursuant to D.C.COLO.LAttyR 5(a), David Jimenez-Ekman of the law firm of Jenner & Block LLP, hereby enters his appearance on behalf of Plaintiff Greenberg Traurig, LLP.

I hereby certify that I am a member in good standing of the bar of this Court.

Respectfully submitted this 3rd day of February, 2022.

*s/ David Jimenez-Ekman*
David Jimenez-Ekman
Jenner & Block LLP
353 North Clark Street
Chicago, IL  60654
(312) 923-2683
DJimenez-Ekman@jenner.com