IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-00286-KLM

GREENBERG TRAURIG, LLP, a New York Limited Liability Partnership,

    Plaintiff,

v.

TIJS VERWEST, a/k/a TIESTO, an individual,    ***FILED UNDER RESTRICTION***

    Defendant.

,

---

**BRIEF IN SUPPORT OF MOTION TO RESTRICT THIS DOCUMENT AND DOCUMENT NO. 16**

---

    The United States of America, by United States Attorney for the Southern District of New York Damian Williams, through Assistant United States Attorney Shiva H. Logarajah, hereby files this Brief in Support of Motion to Restrict this Document as well as Document No. 16. Pursuant to D.C.COLO.LCivR 7.1A, the Government has conferred with counsel to Plaintiff and Defendant regarding the requested relief in this Motion, and neither party opposes the relief requested in the instant Motion.

    The Court has authority to restrict documents upon a showing of compelling reasons. *See* D.C.COLO.LCrR 47.1(A). Compelling reasons exist in this case, as the disclosure of Document No. 16 would reveal the workings of a sensitive grand jury investigation. There is "a long-established policy that maintains the secrecy of the grand jury proceedings in the federal courts." *In re Lynde*, 922 F.2d 1448, 1452 (10th Cir. 1991) (quoting *Procter & Gamble*, 356 U.S. at 681, 78 S.Ct. at 986 (1958)). Indeed, this policy

is explicitly incorporated in the Local Criminal Rules of this Court. See D.C.COLO.LCrR 47.1(g) (identifying a "[p]resumptive [r]estriction" where access is limited to the court for cases initiated by, among other things, "[g]rand jury material and other documents with restricted access pursuant to statue."); see also Fed. R. Crim. Proc. 6(e).

Accordingly, the Government moves that the Court restrict this Document and Document No. 16 at Level 1, ensuring the documents will be available to the parties—who are aware of the grand jury investigation described in Document No. 16—and the Court.

Dated this 23rd day of March, 2022.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney
for the Southern District of New York

By: *s/ Shiva H. Logarajah*
Shiva H. Logarajah
Assistant United States Attorney
United States Attorney's Office
Southern District of New York
300 Quarropas Street
White Plains, New York 10601
Telephone (914) 993-1918
Attorney for the United States

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 23, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

                                  By:  *s/ Shiva H. Logarajah*
                                          Shiva H. Logarajah
                                          Assistant United States Attorney