# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-00286-KLM

GREENBERG TRAURIG, LLP, a New York Limited Liability Partnership

    Plaintiff,

v.

TIJS VERWEST, a/k/a TIESTO, an individual,

    Defendant.

_____

**GOVERNMENT'S MOTION TO RESTRICT DOCUMENTS NO. 16 AND NO. 17**
_____

The United States of America, by United States Attorney for the Southern District of New York Damian Williams, through Assistant United States Attorney Shiva H. Logarajah, respectfully moves to restrict Document No. 16, any order revealing the sensitive contents of that document, and the brief filed in support of this motion (Doc. No. 17), for the reasons stated in the brief filed in support of this motion. The United States requests a "Level 1" restriction which would make Document No. 16, any order revealing the contents of that document, and the brief filed in support of this motion (Doc. No. 17), viewable by "the parties and the court" only.

Dated this 23rd day of March, 2022.

>Respectfully submitted,
>
>DAMIAN WILLIAMS
>United States Attorney
>for the Southern District of New York
>
>
>By: *s/ Shiva H. Logarajah*
>    Shiva H. Logarajah
>    Assistant United States Attorney
>    United States Attorney's Office
>    Southern District of New York
>    300 Quarropas Street
>    White Plains, New York
>    Telephone: (914) 993-1918
>    e-mail: shiva.logarajah@usdoj.gov
>    Attorney for the United States

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 23, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

                                      By:   *s/ Shiva H. Logarajah*
                                                    Shiva H. Logarajah
                                                    Assistant United States Attorney