**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 22-cv-00286-KLM

GREENBERG TRAURIG LLP,  a New York Limited Liability Partnership,

      Plaintiff,

v.

TIJS VERWEST, a/k/a TIESTO, an individual,

      Defendant.

---

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Tijs Verwest ("Defendant"), by and through undersigned counsel, respectfully requests a 14-day extension of time (up to and including April 19, 2022) to answer or otherwise respond to Greenberg Traurig LLP's ("Plaintiff's") Complaint, pursuant to D.C.Colo.LCivR. 6.1(a).  In support of this Motion, Defendant states as follows:

      1.    **<u>D.C.Colo.LCivR 7.1(a) Certification:</u>**  Undersigned counsel has conferred with counsel for Plaintiff, and Plaintiff does not oppose the relief sought in this Motion.

      2.    Plaintiff filed its Complaint for Declaratory Judgment on February 1, 2022.

      3.    On February 4, 2022, before being served with process, Defendant agreed to waive service of process pursuant to Fed. R. Civ. P. 4(d).  *See* Waiver and Acceptance of Service of Process, ECF No. 11.

      4.    Under Fed. R. Civ. P. 4(d)(3), a defendant who timely returns a waiver is given 60 days after the waiver within which to serve its answer.

5.     Absent an extension, Defendant therefore has until April 5, 2022 to answer or otherwise respond to Plaintiff's Complaint.

6.     On March 23, 2022, a motion was filed, and that motion may impact the applicable deadlines, including Defendant's deadline to respond to the Complaint.

7.     The parties have thus agreed to a 14-day extension, up to and including April 19, 2022, for Defendant to file his answer or responsive pleading.

8.     This is Defendant's first request for extension of time to file a responsive pleading.

9.     The extension of time will not cause hardship or prejudice to any party or to the Court.

10.     The undersigned counsel will contemporaneously serve its client with a copy of this Motion pursuant to D.C.Colo.LCivR 6.1(c).

WHEREFORE, Defendant respectfully requests that the Court grant this Unopposed Motion for Extension of Time and issue an order allowing Defendant to respond to Plaintiff's Complaint on or before April 19, 2022.

Dated: March 29, 2022

Respectfully submitted,

/s/ Michael Carrigan
Michael Carrigan, #24061
Maureen Witt, #10665
Craig Stewart, #17539
HOLLAND & HART LLP
555 17th Street, Suite 3200
Denver, CO  80202
Phone: (303) 295-8000
MCarrigan@hollandhart.com
MWitt@hollandhart.com
CStewart@hollandhart.com

***Attorneys for Defendant Tijs Verwest***

**CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2022, I caused the foregoing to be filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this matter listed below.

James M. Lyons
Frederick J. Baumann
Lewis Roca Rothgerber Christie LLP
1601 19th Street, Suite 1000
Denver, CO 80202
(303) 623-9000
jlyons@lewisroca.com
fbaumann@lewisroca.com

Michael P. McNamara
Jenner & Block LLP
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
(213) 239-5100
mmcnamara@jenner.com

David Jimenez-Ekman
Jenner & Block LLP
353 North Clark Street, Suite 3800
Chicago, IL 60654
(312) 923-2683
djimenez-ekman@jenner.com

*/s/ Wendy McCann*
Wendy McCann