IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-00286-KLM

GREENBERG TAURIG, LLP, a New York limited liability partnership,

    Plaintiff,

v.

TIJS VERWEST, an individual also known as Tiesto,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Motion** [#16]. For the reasons set forth in the attached explanatory order,

    IT IS HEREBY **ORDERED** that the Motion [#16] is **GRANTED**.

    IT IS FURTHER **ORDERED** that this action is **STAYED** pending further order of the Court.

    IT IS FURTHER **ORDERED** that the parties shall file a Status Report **every 90 days** from the date of this Minute Order. These Status Reports shall be filed under **Level 1 restriction** and shall remain so requiring no further order of the Court.

    IT IS FURTHER **ORDERED** that the Clerk of the Court is directed to maintain the the attached explanatory order **UNDER RESTRICTION** at **LEVEL 1**.[1]

    Dated: April 11, 2022

---

[1] Level 1, the least restrictive, limits access to the documents to the parties and the Court. *See* D.C.COLO.LCivR 7.2.