IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-00286-KLM

GREENBERG TAURIG, LLP, a New York limited liability partnership,

   Plaintiff,

v.

TIJS VERWEST, an individual also known as Tiesto,

   Defendant.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

   This matter is before the Court on Defendant's **Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint** [#21] (the "Motion").

   IT IS HEREBY **ORDERED** that the Motion [#21] is **DENIED as moot** in light of the Court's entry of a stay in this action.

   Dated: April 12, 2022