IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-00286-KLM

GREENBERG TRAURIG, LLP, a New York Limited Liability Partnership

      Plaintiff,

v.

TIJS VERWEST, a/k/a TIESTO, an individual,

      Defendant.

_____

**GOVERNMENT'S MOTION TO RESTRICT DOCUMENT NO. 29**
_____

The United States of America, by United States Attorney for the Southern District of New York Damian Williams, through Assistant United States Attorney Shiva H. Logarajah, respectfully moves to restrict Document No. 29 per the Court's April 11 Order [#22]. The United States requests a "Level 1" restriction which would make Document No. 29, and any order or minute entry revealing the contents of that document, viewable by "the parties and the court" only.

Dated this 11th day of July, 2022.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney
        for the Southern District of New York

    By: *s/ Shiva H. Logarajah*
       Shiva H. Logarajah
       Assistant United States Attorney
       United States Attorney's Office
       Southern District of New York
       300 Quarropas Street
       White Plains, New York
       Telephone: (914) 993-1918
       e-mail: shiva.logarajah@usdoj.gov
       Attorney for the United States

## CERTIFICATE OF SERVICE

      I hereby certify that on July 11, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

                              By:   *s/ Shiva H. Logarajah*
                                     Shiva H. Logarajah
                                     Assistant United States Attorney