IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:22-cv-00286-KLM

GREENBERG TRAURIG, LLP, a New York Limited Liability Partnership,

    Plaintiff,

v.

TIJS VERWEST A/K/A TIESTO, an individual,

    Defendant.

**PLAINTIFF GREENBERG TRAURIG, LLP's
NOTICE OF NETHERLANDS COURT ORDER**

    Plaintiff Greenberg Traurig, LLP ("GT"), by its undersigned counsel, submits this notice of a recent order from the court in the Netherlands presiding over a pending case involving the same parties as this case confirming that restricted filings in this case authorized by this Court to be submitted in the case pending in the Netherlands will be maintained as restricted in accordance with Netherlands procedures.

    1. In this action, GT seeks a declaratory judgment that GT is not liable to Defendant Tijs Verwest, for reimbursement of payments he made for United States taxes due in 2016 and 2017.

    2. Following the institution of this action, Mr. Verwest sued GT in the Netherlands in the District Court of Amsterdam, Case No. C/13/715714 HA ZA 22/277 (the "Dutch Case") based on the same subject matter and issues in this action.

    3. On April 11, 2022, on the motion of the US Government, this Court entered an Order (the "April 11 Order") [Doc. # 22] staying this case, and directing that the April 11 Order and

certain documents related to the US Government's motion, be maintained at Level 1 restrictions. A Level 1 restriction means the documents only can be viewed by the parties and the Court.

4. In view of the substantial overlap of the Dutch Case and this case, GT moved in the Dutch court to stay the Dutch Case for the same reasons that led to a stay of this action. In order to demonstrate the basis for such a stay of the Dutch Case, while at the same time respecting this Court's April 11 Order, GT moved on June 28, 2022 [Doc. # 26] for permission to present the sealed materials from this case to the court presiding over the Dutch Case.

5. On July 5, 2022 [Doc. # 28] this Court granted GT's motion, "providing that the restricted filings are again restricted in accordance with local law and procedures in the Netherlands."

6. GT submits this filing to notify the Court and the parties that, on July 13, 2022, the court presiding over the Dutch Case confirmed that the sealed materials from this case submitted in the Dutch Case will be maintained as restricted in accordance with Dutch practice and procedure. A copy of the Dutch Case decision is attached as Exhibit A; a translation of that decision is attached as Exhibit B.

Respectfully submitted this 3rd day of August, 2022.

*s/ Frederick J. Baumann*
James M. Lyons
Frederick J. Baumann
Lewis Roca Rothgerber Christie LLP
1601 19th Street, Suite 1000
Denver, CO  80202
(303) 623-9000
jlyons@lewisroca.com
fbaumann@lewisroca.com

118054584.1


Michael P. McNamara
Jenner & Block LLP
515 South Flower Street, Suite 3300
Los Angeles, CA  90071-2246
(213) 239-5100
mmcnamara@jenner.com

David Jimenez-Ekman
Jenner & Block LLP
353 North Clark Street, Suite 3800
Chicago, IL  60654
(312) 923-2683
djimenez-ekman@jenner.com

3

118054584.1

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on August 3, 2022, a true and correct copy of the foregoing **PLAINTIFF GREENBERG TRAURIG, LLP's NOTICE OF NETHERLANDS COURT ORDER** was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

                                        *s/ Frederick J. Baumann*
                                        of Lewis Roca Rothgerber Christie LLP

118054584.1