**Van:** "Rolgriffiers (Rechtbank Amsterdam)" <rolgriffiers.rb-ams@rechtspraak.nl>
**Datum:** Wed, 13 Jul 2022 14:14:29 +0200
**Onderwerp:** C/13/715714 HA ZA 22-277 Verwest cs - Butselaar cs
**Aan:** (arnold.croisetvanuchelen@allenovery.com), "Jan van Nass" (jan.vannass@ysquare.nl), "Simone Hoogeveen" (hoogeveen@vandoorne.com)

Geachte raadslieden,

In bovengenoemde zaak heeft de rechtbank de brief van mr. Nass van 29 juni 2022 en de reacties daarop (per mail) van mrs. Hoogeveen en Croiset van Uchelen, in goede orde ontvangen.

De rechtbank wijst het verzoek van Greenberg Taurig toe en beveelt de geheimhouding ten aanzien van de productie van Greenberg Traurig "Motion en Order", evenals van de passages in de processtukken die op deze stukken betrekking hebben.

Dit bevel zal (ook) worden opgenomen in het te wijzen vonnis in incident.

Met vriendelijke groet,

A.A. (Cindy) Kes
Rolgriffier / Juridisch medewerker

Afdeling privaatrecht
Team Handelszaken
Kamer 08.B.063
088-36 18329
www.rechtspraak.nl
Bereikbaar: maandag tot en met vrijdag
(vrijdag thuis)



**EXHIBIT A**