**From:** "Clerks of Court (Amsterdam District Court)" < rolgriffiers.rb-ams@rechtspraak.nl>
**Date:** Wed, 13 Jul 2022 14:14:29 +0200
**Subject:** C/13/715714 HA ZA 22-277 Verwest cs - Butselaar cs
**To:** (arnold.croisetvanuchelen@allenovery.com), "Jan van Nass" (jan.vannass@ysquare.nl), "Simone Hoogeveen" (hoogeveen@vandoorne.com)

Dear Counsel,

In the above-mentioned case, the Court received *mr.* Nass' letter of 29 June 2022 and the responses to it (by e-mail) from *mr.* Hoogeveen and *mr.* Croiset van Uchelen, in good order.

The Court grants Greenberg Taurig's request and orders confidentiality with respect to Greenberg Traurig's exhibit of "Motion and Order," as well as the passages in the pleadings pertaining to these exhibits.

This order will (also) be included in the judgment to be rendered with regard to the ancillary motion.

Kind regards,

A.A. (Cindy) Kes
Docket clerk / Legal assistant

Private Law Division
Commercial Affairs Team
Room 08.B.063
088-36 18329
www.rechtspraak.nl
Reachable: Monday to Friday (Friday at home)


de Rechtspraak

**EXHIBIT B**