

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

**BY CM/ECF**                                    October 12, 2022
**REQUEST TO MAINTAIN**
**UNDER RESTRICTION – LEVEL 1**

The Honorable Kristen L. Mix
United States Magistrate Judge
District of Colorado
Alfred A. Arraj Courthouse
901 19th Street
Denver, Colorado 80294

     **Re:**    *Greenberg Traurig, LLP v. Tijs Verwest, a/k/a "Tiesto," 22-cv-286 (D. Colo.)*

Dear Judge Mix:

     The Government writes with a further status update per the Court's April 11, 2022 Order granting the Government's Unopposed Motion to Intervene and Stay Proceedings [#22].

     As previously noted in its last status report on July 11, 2022 [#29], the Government is in the final stages of its underlying criminal investigation in this matter. Since the last update, the Government had made significant advances in its investigation and expects to be in a position to provide the Court with a more substantive update in the next 90 days.

     Given that the grand jury investigation is ongoing and at an advanced stage, the Government respectfully requests that the stay in this matter be continued for the next 90 days for the same reasons set forth in the Court's April 11 Order [#22]. Both parties consent to the continued stay.

The Government is happy to answer questions should the Court have any.

Respectfully Submitted,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By:  _____
Shiva H. Logarajah
Assistant United States Attorney
United States Attorney's Office
Southern District of New York
300 Quarropas Street
White Plains, New York
Telephone: (914) 993-1918
e-mail: shiva.logarajah@usdoj.gov
Attorney for the United States