IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-00286-KLM

GREENBERG TRAURIG, LLP, a New York Limited Liability Partnership

      Plaintiff,

v.

TIJS VERWEST, a/k/a TIESTO, an individual,

      Defendant.

_____

**GOVERNMENT'S MOTION TO RESTRICT DOCUMENT NO. 33**
_____

      The United States of America, by United States Attorney for the Southern District of New York Damian Williams, through Assistant United States Attorney Shiva H. Logarajah, respectfully moves to restrict Document No. 33 per the Court's April 11 Order [#22]. The United States requests a "Level 1" restriction which would make Document No. 33, and any order or minute entry revealing the contents of that document, viewable by "the parties and the court" only.

Dated this 12th day of October, 2022.

                        Respectfully submitted,

                        DAMIAN WILLIAMS
                        United States Attorney
                        for the Southern District of New York

By:    *s/ Shiva H. Logarajah*
          Shiva H. Logarajah
          Assistant United States Attorney
          United States Attorney's Office
          Southern District of New York
          300 Quarropas Street
          White Plains, New York
          Telephone: (914) 993-1918
          e-mail: shiva.logarajah@usdoj.gov
          Attorney for the United States

## CERTIFICATE OF SERVICE

  I hereby certify that on October 12, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

            By: *s/ Shiva H. Logarajah*
               Shiva H. Logarajah
               Assistant United States Attorney