

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

**BY CM/ECF**                                       January 10, 2023
**REQUEST TO MAINTAIN**
**UNDER RESTRICTION – LEVEL 2**

The Honorable Kristen L. Mix
United States Magistrate Judge
District of Colorado
Alfred A. Arraj Courthouse
901 19th Street
Denver, Colorado 80294

    Re:    *Greenberg Traurig, LLP v. Tijs Verwest, a/k/a "Tiesto,"* 22-cv-286 (D. Colo.)

Dear Judge Mix:

    The Government writes with a further status update per the Court's April 11, 2022 Order granting the Government's Unopposed Motion to Intervene and Stay Proceedings [#22].

    As previously noted in its last status report on October 12, 2022 [#33], the Government writes to provide the Court a substantive update on the grand jury investigation. Since the last update, the grand jury has returned an indictment charging Frank Butselaar—a former Greenberg Traurig partner—with, among other things, aiding and abetting the filing false tax returns in the United States for Tijs Verwest, a/k/a "Tiesto." The Indictment is still currently under seal and law enforcement have not yet arrested Butselaar. Moreover, the grand jury's investigation is continuing against other known targets involved in the tax evasion scheme that Butselaar has been indicted on.

    Given that the grand jury investigation is ongoing and at an advanced stage, as evidenced by the Butselaar Indictment, the Government respectfully requests that the stay in this matter be continued for the next 90 days for the same reasons set forth in the Court's April 11 Order [#22]. The Government informed the parties that it would be seeking a continued stay, by way of an *ex parte* letter to the Court (given the strictures of Fed. R. Crim. P. 6(e)) and the parties did not object.

    The Government respectfully requests that this status update be filed under Level 2 Restriction—meaning that the update would only be viewable by the Court and the Government—given that it discloses a "'matter[] occurring before the grand jury.'" *United States v. Tager*, 638 F.2d 167, 168 (10th Cir. 1980) (quoting Fed R. Crim. P. 6(e)(2)). Moreover, the update implicates

one of the "distinct interests served by . . . the confidentiality of grand jury proceedings": preventing "the risk that those . . . indicted would flee." *Douglas Oil Co. of California v. Petrol Stops Nw.*, 441 U.S. 211, 219 (1979). Here, law enforcement is actively search for Mr. Butselaar. Public disclosure of his indictment, especially to parties who know him well, would materially harm that search. Thus, allowing for filing under Level 2 restriction would be consistent with Fed. R. Crim. P. 6(e)—and one of the core rationales behind it.

The Government is happy to answer questions should the Court have any.

Respectfully Submitted,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By: _____
Shiva H. Logarajah
Assistant United States Attorney
United States Attorney's Office
Southern District of New York
300 Quarropas Street
White Plains, New York
Telephone: (914) 993-1918
e-mail: shiva.logarajah@usdoj.gov
Attorney for the United States

**CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

                                              By: *s/ Shiva H. Logarajah*
                                              Shiva H. Logarajah
                                              Assistant United States Attorney