# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-00286-KLM

GREENBERG TRAURIG, LLP, a New York Limited Liability Partnership

    Plaintiff,

v.

TIJS VERWEST, a/k/a TIESTO, an individual,

    Defendant.

_____

**GOVERNMENT'S MOTION TO RESTRICT DOCUMENT NO. 42**
_____

The United States of America, by United States Attorney for the Southern District of New York Damian Williams, through Assistant United States Attorney Shiva H. Logarajah, respectfully moves to restrict Document No. 42. The United States requests a "Level 2" restriction which would make Document No. 42, and any order or minute entry revealing the contents of that document, viewable by "the filing party and the court" only for the reasons set forth in Document No. 42.

Dated this 13th day of July, 2023.

                Respectfully submitted,

                DAMIAN WILLIAMS
                United States Attorney
                for the Southern District of New York

By:    *s/ Shiva H. Logarajah*
        Shiva H. Logarajah
        Assistant United States Attorney
        United States Attorney's Office
        Southern District of New York
        300 Quarropas Street
        White Plains, New York
        Telephone: (914) 993-1918
        e-mail: shiva.logarajah@usdoj.gov
        Attorney for the United States

**CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

By: *s/ Shiva H. Logarajah*
Shiva H. Logarajah
Assistant United States Attorney