IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-00286-KLM

GREENBERG TAURIG, LLP, a New York limited liability partnership,

    Plaintiff,

v.

TIJS VERWEST, an individual also known as Tiesto,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the Government's **Motion to Restrict Document No. 42** [#43] (the "Motion"). In accordance with D.C.COLO.LCivR 7.2, the Motion was publicly posted to allow for any objections to the sealing of the documents. No timely objections were filed. Pursuant to D.C.COLO.LCivR 7.2, the Court finds that the presumption of public access to Court files is outweighed by the parties' interest in privacy, and the parties have shown that a less restrictive alternative is not practicable. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#43] is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Clerk of the Court is directed to maintain the following document **UNDER RESTRICTION** at **LEVEL 2**:[1] (1) Status Report [#42].

    Dated: July 20, 2023

---

    [1] Level 2 limits access to the documents to the filing party and the Court. *See* D.C.COLO.LCivR 7.2.