

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

**BY CM/ECF**
**REQUEST TO MAINTAIN**
**UNDER RESTRICTION – LEVEL 2**

July 13, 2023

The Honorable Kathryn A. Starnella
United States Magistrate Judge
District of Colorado
Alfred A. Arraj Courthouse
901 19th Street
Denver, Colorado 80294

Re:   *Greenberg Traurig, LLP v. Tijs Verwest, a/k/a "Tiesto,"* 22-cv-286 (D. Colo.)

Dear Judge Starnella:

The Government writes with a further status update per the Court's April 11, 2022 Order granting the Government's Unopposed Motion to Intervene and Stay Proceedings [#22].

As previously noted in its last status report on April 10, 2023 [#42], Frank Butselaar—a former Greenberg Traurig partner—has been indicted with, among other things, aiding and abetting the filing of false tax returns in the United States for Tijs Verwest, a/k/a "Tiesto." On March 16, 2023, Butselaar was arrested on a provisional arrest request by Italian authorities at the request of the U.S. Department of Justice. On July 13, 2023, the Court of Appeal in Perugia, Italy ruled favorably on an extradition request. On October 2, 2023, Butselaar made his initial appearance in the Southern District of New York before the Honorable Victoria Reznik, United States Magistrate Judge for the Southern District of New York, and, on October 11, 2023, the defendant made his first appearance before the Honorable Cathy Seibel, United States District Judge for the Southern District of New York.

Butselaar, through counsel, has expressed an interest in proffering with the Government. The Government anticipates proffering him and determining whether a superseding Indictment is appropriate. Thus, the grand jury's investigation is still continuing and the Government respectfully requests that the stay in this matter be continued for the next 90 days for the same reasons set forth in the Court's April 11 Order [#22]. The Government informed the parties that it would be seeking a continued stay, by way of an *ex parte* letter to the Court (given the strictures of Fed. R. Crim. P. 6(e)) and the parties did not object.

The Government respectfully requests that this status update be filed under Level 2 Restriction—meaning that the update would only be viewable by the Court and the Government—given that it discloses a "'matter[] occurring before the grand jury.'" *United States v. Tager*, 638 F.2d 167, 168 (10th Cir. 1980) (quoting Fed R. Crim. P. 6(e)(2)). Moreover, the letter discloses Butselaar's potential cooperation and public disclosure of that would risk advancing the grand jury's investigation.

The Government is happy to answer questions should the Court have any.

Respectfully Submitted,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By: _____
Shiva H. Logarajah
Assistant United States Attorney
United States Attorney's Office
Southern District of New York
300 Quarropas Street
White Plains, New York
Telephone: (914) 993-1918
e-mail: shiva.logarajah@usdoj.gov
Attorney for the United States

**CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

By: *s/ Shiva H. Logarajah*
Shiva H. Logarajah
Assistant United States Attorney