

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

**BY CM/ECF**                                         May 12, 2024
**REQUEST TO MAINTAIN**
**UNDER RESTRICTION – LEVEL 1**

The Honorable Kathryn A. Starnella
United States Magistrate Judge
District of Colorado
Alfred A. Arraj Courthouse
901 19th Street
Denver, Colorado 80294

      Re:    *Greenberg Traurig, LLP v. Tijs Verwest, a/k/a "Tiesto,"* 22-cv-286 (D. Colo.)

Dear Judge Starnella:

      The Government writes with a further status update per the Court's April 11, 2022 Order granting the Government's Unopposed Motion to Intervene and Stay Proceedings [#22].

      As previously noted in prior status updates, Frank Butselaar—a former Greenberg Traurig partner—has been indicted with, among other things, aiding and abetting the filing of false tax returns in the United States for Tijs Verwest, a/k/a "Tiesto. On October 2, 2023, Butselaar made his initial appearance in the Southern District of New York before the Honorable Victoria Reznik, United States Magistrate Judge for the Southern District of New York, and, on October 11, 2023, the defendant made his first appearance before the Honorable Cathy Seibel, United States District Judge for the Southern District of New York.

      The parties appeared before Judge Seibel at the end of February and she has now calendared this matter for trial to begin on November 4, 2024. Given this, the Government respectfully submits that the stay in this matter continues to be appropriate—and in fact all the more warranted in light of an expected (and calendared) trial in this matter—for the reasons set forth in the Court's April 11, 2022 Order. Both parties have consented to the continued stay but reserve their rights to ask that the stay be lifted in the future.

The Government is happy to answer questions should the Court have any.

                                                       Respectfully Submitted,

                                                       DAMIAN WILLIAMS
                                                       United States Attorney
                                                       Southern District of New York

By:    _____
              Shiva H. Logarajah
              Assistant United States Attorney
              United States Attorney's Office
              Southern District of New York
              300 Quarropas Street
              White Plains, New York
              Telephone: (914) 993-1918
              e-mail: shiva.logarajah@usdoj.gov
              Attorney for the United States

**CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

                By: *s/ Shiva H. Logarajah*
                Shiva H. Logarajah
                Assistant United States Attorney