**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 22-cv-00286-KAS

GREENBERG TRAURIG, LLP, a New York Limited Liability Partnership

     Plaintiff,

v.

TIJS VERWEST, a/k/a TIESTO, an individual,

     Defendant.

_____

**GOVERNMENT'S MOTION TO RESTRICT DOCUMENT NO. 52**
_____

     The United States of America, by United States Attorney for the Southern District of New York Damian Williams, through Assistant United States Attorney Shiva H. Logarajah, respectfully moves to restrict Document No. 52 per the Court's April 11, 2022 Order [#22]. The United States requests a "Level 1" restriction which would make Document No. 52, and any order or minute entry revealing the contents of that document, viewable by "the parties and the court" only.

Dated this 27th day of May, 2024.

           Respectfully submitted,

           DAMIAN WILLIAMS
           United States Attorney
           for the Southern District of New York


     By: *s/ Shiva H. Logarajah*
           Shiva H. Logarajah
           Assistant United States Attorney
           United States Attorney's Office
           Southern District of New York
           300 Quarropas Street
           White Plains, New York
           Telephone: (914) 993-1918
           e-mail: shiva.logarajah@usdoj.gov
           Attorney for the United States

## CERTIFICATE OF SERVICE

      I hereby certify that on January 29, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

      By:  *s/ Shiva H. Logarajah*
              Shiva H. Logarajah
              Assistant United States Attorney