

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*50 Main Street*
*11th Floor*
*White Plains, New York 10606*

**BY CM/ECF**                                            October 8, 2024
**REQUEST TO MAINTAIN**
**UNDER RESTRICTION – LEVEL 1**

The Honorable Kathryn A. Starnella
United States Magistrate Judge
District of Colorado
Alfred A. Arraj Courthouse
901 19th Street
Denver, Colorado 80294

      Re:     *Greenberg Traurig, LLP v. Tijs Verwest, a/k/a "Tiesto,"* 22-cv-286 (D. Colo.)

Dear Judge Starnella:

      The Government writes with a further status update per the Court's April 11, 2022 Order granting the Government's Unopposed Motion to Intervene and Stay Proceedings [#22].

      As previously noted in prior status updates, Frank Butselaar—a former Greenberg Traurig partner—has been indicted with, among other things, aiding and abetting the filing of false tax returns in the United States for Tijs Verwest, a/k/a "Tiesto. On October 2, 2023, Butselaar made his initial appearance in the Southern District of New York before the Honorable Victoria Reznik, United States Magistrate Judge for the Southern District of New York, and, on October 11, 2023, the defendant made his first appearance before the Honorable Cathy Seibel, United States District Judge for the Southern District of New York.

      As noted in the last update, trial in this matter is expected to proceed on November 4 and the Government has made substantial disclosures to the defendant in advance of that trial. Given this, the Government respectfully submits that the stay in this matter continues to be appropriate—and in fact all the more warranted in light of an expected (and calendared) trial in this matter—for the reasons set forth in the Court's April 11, 2022 Order. Both parties have consented to the continued stay but reserve their rights to ask that the stay be lifted in the future.

The Government is happy to answer questions should the Court have any.

                                          Respectfully Submitted,

                                          DAMIAN WILLIAMS
                                          United States Attorney
                                          Southern District of New York

By:    _____

                                          Shiva H. Logarajah
                                          Assistant United States Attorney
                                          United States Attorney's Office
                                          Southern District of New York
                                          50 Main Street
                                          11th Floor
                                          White Plains, New York 10606
                                          Telephone: (914) 993-1918
                                          e-mail: shiva.logarajah@usdoj.gov
                                          Attorney for the United States

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

By: *s/ Shiva H. Logarajah*
Shiva H. Logarajah
Assistant United States Attorney