IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-00286-KAS

GREENBERG TAURIG, LLP, a New York limited liability partnership,

    Plaintiff,

v.

TIJS VERWEST, an individual also known as Tiesto,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court sua sponte. Based on the last Status Report [#55] filed in this case on October 8, 2024,

    IT IS HEREBY **ORDERED** that a new Status Report shall be filed **no later than December 27, 2024**.

    Dated: December 12, 2024