

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*50 Main Street*
*11th Floor*
*White Plains, New York 10606*

**BY CM/ECF**                                                                December 27, 2024

The Honorable Kathryn A. Starnella
United States Magistrate Judge
District of Colorado
Alfred A. Arraj Courthouse
901 19th Street
Denver, Colorado 80294

Re:   *Greenberg Traurig, LLP v. Tijs Verwest, a/k/a "Tiesto,"* 22-cv-286 (D. Colo.)

Dear Judge Starnella:

The Government writes with an update per the Court's April 11, 2022 and December 12, 2024 Orders.

As the Court is aware, the Government recently tried Frank Butselaar—a former Greenberg Traurig shareholder—for, among other things, concealing from the IRS otherwise reportable worldwide income for Mr. Verwest between 2012 and 2018. The trial ended after nearly two weeks after the parties reached a mid-trial plea agreement.

On April 11, 2022, the Court granted the Government's unopposed motion to stay this action for several different reasons. And while many of those reasons are unaffected by the recent trial and conviction, the fact that the Government secured the sworn, public testimony of critical witnesses at issue in this case has vitiated one of the primary reasons for the stay in this matter. Accordingly, the Government is no longer requesting that the Court continue to stay this matter for ongoing criminal proceedings. The Government has conferred with both parties in this matter and informed them of its position prior to filing.

The Government is happy to answer questions should the Court have any.

                                        Respectfully Submitted,

                                        EDWARD Y. KIM
                                        Acting United States Attorney
                                        Southern District of New York

By:    _____
                                        Shiva H. Logarajah
                                        Assistant United States Attorney
                                        United States Attorney's Office
                                        Southern District of New York
                                        50 Main Street
                                        11th Floor
                                        White Plains, New York 10606
                                        Telephone: (914) 993-1918
                                        e-mail: shiva.logarajah@usdoj.gov
                                        Attorney for the United States

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

By: *s/ Shiva H. Logarajah*
Shiva H. Logarajah
Assistant United States Attorney