IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-00286-KAS

GREENBERG TAURIG, LLP, a New York limited liability partnership,

    Plaintiff,

v.

TIJS VERWEST, an individual also known as Tiesto,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on the Government's **Status Report** [#57]. On March 23, 2022, the Government filed an unopposed motion seeking to intervene in this suit and for the Court to enter a stay for the duration of certain criminal proceedings. *See* [#16]. The Court subsequently granted the Government's requests. *See* [#22]. In the present Status Report [#57], the Government indicates that the underlying criminal proceedings have substantially concluded and therefore believes the continued stay is no longer necessary. Accordingly,

    IT IS HEREBY **ORDERED** that the stay of proceedings imposed on April 11, 2022, *see* [#22], is **LIFTED**.

    IT IS FURTHER **ORDERED** that, with respect to documents filed under Level 2 restriction,[1] **no later than January 21, 2025**, the Government shall file a Notice explaining why all such documents should remain under Level 2 restriction, or a Motion asking the Court to unrestrict such documents or change them to a Level 1 restriction.[2]

    IT IS FURTHER **ORDERED** that, with respect to documents filed under Level 1 restriction, **no later than January 21, 2025**, the parties and the Government shall confer and file a Notice explaining why all such documents should remain under Level 1 restriction, or a Motion asking the Court to unrestrict such documents.

---

[1] Level 2 limits access to the filing party and the Court. D.C.COLO.LCivR 7.2(b).

[2] Level 1 limits access to the parties and the Court. D.C.COLO.LCivR 7.2(b).

IT IS FURTHER **ORDERED** that, pursuant to D.C.COLO.LCivR 40.1(c)(4), the deadline for the parties to file the Consent/Non-Consent to United States Magistrate Judge Jurisdiction form [#3] is **January 13, 2025**.

The Court will promptly set a Scheduling Conference by separate order.

Dated: December 30, 2024