IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:22-cv-00286-KLM

GREENBERG TRAURIG, LLP, a New York Limited Liability Partnership,

    Plaintiff,

v.

TIJS VERWEST A/K/A TIESTO, an individual,

    Defendant.

---

**ELECTION CONCERNING CONSENT/NON-CONSENT TO
UNITED STATES MAGISTRATE JUDGE JURISDICTION**

---

Under 28 U.S.C. § 636(c) and D.C.COLO.LCivR 40.1(c) (Assignment of Cases/Direct Assignment to Magistrate Judges);

**CHECK ONE**

_____ all parties in this civil action CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment;

**OR**

\_\_\_X\_\_\_ at least one party in this civil action DOES NOT CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment.

| **Signatures** | **Party Represented** | **Date** |
|---|---|---|
| *s/ Frederick J. Baumann* | Greenberg Traurig, LLP | January 10, 2025 |

Print name: Frederick J. Baumann

**NOTE:** You are directed to confer with all parties in this action and execute and file with the Court this Election Concerning Consent/Non-Consent to United States Magistrate

Judge Jurisdiction, indicating either the unanimous consent of the parties or that at least one party has declined to consent, at the earlier of (1) no later than seven days before the scheduling conference, if any; or (2) 45 days after the filing of the first response, other than an answer, to the operative complaint. All parties must either consent to the exercise of magistrate judge jurisdiction, or any party may decline to consent. In either event, **filing of the Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction is mandatory**, indicating either the unanimous consent of the parties or that at least one party has declined to consent.

Respectfully submitted this 10th day of January, 2025.

                                                *s/ Frederick J. Baumann*
James M. Lyons
Frederick J. Baumann
WOMBLE BOND DICKINSON (US) LLP
1601 19th Street, Suite 1000
Denver, CO 80202-2995
Phone:  303-623-9000
Fax:      303-623-9222
E-mail:  fred.baumann@wbd-us.com
             james.lyons@wbd-us.com

*Attorneys for Greenberg Traurig, LLP*

127176075.1

2

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on January 10, 2025, a true and correct copy of the foregoing **ELECTION CONCERNING CONSENT/NON-CONSENT TO UNITED STATES MAGISTRATE JUDGE JURISDICTION** was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

               *s/ Frederick J. Baumann*
               of WOMBLE BOND DICKINSON (US) LLP

127176075.1

3