# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:22-cv-00286-KAS

GREENBERG TRAURIG, LLP, a New York Limited Liability Partnership,

　　Plaintiff,

v.

TIJS VERWEST A/K/A TIESTO, an individual,

　　Defendant.

## UNOPPOSED MOTION OF MICHAEL P. MCNAMARA AND DAVID E. JIMENEZ-EKMAN TO WITHDRAW AS ATTORNEYS FOR PLAINTIFF

　　Pursuant to D.C.COLO.LAttyR 5(b), David E. Jimenez-Ekman and Michael P. McNamara hereby move to withdraw as attorneys for Plaintiff Greenberg Traurig, LLP ("GT"), and in support state as follows:

　　1. Messrs. McNamara and Jimenez-Ekman entered their appearances as one of the attorneys for Plaintiff GT on February 3, 2022 [Doc. Nos. 8 & 9].

　　2. Mr. Jimenez-Ekman has retired from the practice of law, and Mr. McNamara wishes to withdraw as one of the attorneys for Plaintiff GT because Plaintiff GT will continue to be represented by other counsel.

　　3. Good cause exists for the withdrawals requested herein. If the withdrawals are permitted, Plaintiff GT will continue to be represented by Frederick J. Baumann and James M. Lyons of Womble Bond Dickinson (US) LLP.

　　4. In accordance with D.C.COLO.LAttyR 5(b), the undersigned certifies that this motion has been served on all parties to this action and on Plaintiff Greenberg Traurig, LLP.

5. Pursuant to D.C.COLO.LCivR 7.1(a) counsel for Defendant Tijs Verwest has indicated that Defendant has no objection to the relief requested herein.

WHEREFORE, Messrs. McNamara and Jimenez-Ekman respectfully request that this Court grant this motion and permit them to withdraw as counsel for Plaintiff Greenberg Traurig, LLP.

DATED this 14 day of January, 2025.

*s/ Michael McNamara*
Michael P. McNamara
Jenner & Block LLP
515 South Flower Street, Suite 3300
Los Angeles, CA  90071-2246
(213) 239-5100
mmcnamara@jenner.com

David Jimenez-Ekman
Jenner & Block LLP
353 North Clark Street, Suite 3800
Chicago, IL  60654
(312) 923-2683
djimenez-ekman@jenner.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 14, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

<u>*s/ Michael McNamara*</u>
Michael P. McNamara
Jenner & Block LLP
515 South Flower Street, Suite 3300
Los Angeles, CA  90071-2246
(213) 239-5100
mmcnamara@jenner.com

David Jimenez-Ekman
Jenner & Block LLP
353 North Clark Street, Suite 3800
Chicago, IL  60654
(312) 923-2683
djimenez-ekman@jenner.com