IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-00286-KLM

GREENBERG TAURIG, LLP, a New York Limited Liability Partnership

    Plaintiff,

v.

TIJS VERWEST, a/k/a TIESTO, an individual,

    Defendant.

_____

**GOVERNMENT'S MOTION TO UNRESTRICT CERTAIN FILINGS**
_____

The United States of America, by United States Attorney for the Southern District of New York Danielle R. Sassoon, through Assistant United States Attorney Shiva H. Logarajah, respectfully moves to unrestrict the following docket entries which are being held under Level 1 Restriction: Dkt Nos. 16, 17, 22, 29, 33, 46, 49, 52, and 55. In addition, the Government moves to unrestrict Dkt. Nos. 36 and 39 which are being held under Level 2 Restriction. Unrestricting these documents is now appropriate for the same reasons the Government withdrew its request that this proceeding be stayed. *See* Dkt. No. 57.

At the Court's direction, the Government conferred with the parties to this action prior to making this motion. Both parties have indicated that they do not object to the Government's motion. The Government is happy to answer further questions should the Court have any.

Dated this 21st day of January, 2025.

          Respectfully submitted,

          DANIELLE R. SASSOON
          United States Attorney
          for the Southern District of New York

By: *s/ Shiva H. Logarajah*
   Shiva H. Logarajah
   Assistant United States Attorney
   United States Attorney's Office
   Southern District of New York
   26 Federal Plaza
   New York, New York 10278
   Telephone: (212) 637-2272
   e-mail: shiva.logarajah@usdoj.gov
   Attorney for the United States

## CERTIFICATE OF SERVICE

     I hereby certify that on January 21, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

By: *s/ Shiva H. Logarajah*
Shiva H. Logarajah
Assistant United States Attorney