IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-00286-CNS-KAS

GREENBERG TAURIG, LLP, a New York limited liability partnership,

    Plaintiff,

v.

TIJS VERWEST, an individual also known as Tiesto,

    Defendant.

_____

# MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on the Government's **Motion to Unrestrict Certain Filings** [#67] (the "Motion"), filed pursuant to the Court's Minute Order [#58]. The Government and both parties agree that several documents previously restricted in this case can now have all restriction removed. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#67] is **GRANTED**. The Clerk of Court shall **remove** all restriction from the following docket entries: Nos. 16, 17, 22, 29, 33, 36, 39, 46, 49, 52, and 55.

    However, the Motion [#67] does not address restricted Docket No. 26, filed by Plaintiff on June 28, 2022, or restricted Docket No. 42, filed by the Government on July 13, 2023. The Motion [#67] renders unclear whether the Government and/or the parties believe that Docket Nos. 26 and 42 should remain restricted or whether these two documents were not mentioned in the Motion [#67] simply due to oversight. Accordingly,

    IT IS FURTHER **ORDERED** that the Government and the parties shall comply with the Court's prior Minute Order [#58] as to Docket Nos. 26 and 42 **no later than January 31, 2025**.

    Dated: January 24, 2025