IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-00286-KLM

GREENBERG TRAURIG, LLP, a New York Limited Liability Partnership

    Plaintiff,

v.

TIJS VERWEST, a/k/a TIESTO, an individual,

    Defendant.

_____

### GOVERNMENT'S MOTION TO UNRESTRICT CERTAIN FILINGS
_____

The United States of America, by United States Attorney for the Southern District of New York Danielle R. Sassoon, through Assistant United States Attorney Shiva H. Logarajah, with the agreement of the parties, respectfully moves to unrestrict the following docket entries: Dkt Nos. 26 and 42.

Dated this 31st day of January, 2025.

                                      Respectfully submitted,

                                      DANIELLE R. SASSOON
                                      United States Attorney
                                      for the Southern District of New York

By:    *s/ Shiva H. Logarajah*
           Shiva H. Logarajah
           Assistant United States Attorney
           United States Attorney's Office
           Southern District of New York
           Telephone: (212) 637-2272
           e-mail: shiva.logarajah@usdoj.gov
           Attorney for the United States

## CERTIFICATE OF SERVICE

  I hereby certify that on January 31, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

            By: *s/ Shiva H. Logarajah*
               Shiva H. Logarajah
               Assistant United States Attorney