IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-00286-CNS-KAS

GREENBERG TAURIG, LLP, a New York limited liability partnership,

    Plaintiff,

v.

TIJS VERWEST, an individual also known as Tiesto,

    Defendant.
_____

## MINUTE ORDER
_____
**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on the Government's unopposed **Motion to Unrestrict Certain Filings** [#75] (the "Motion"), filed pursuant to the Court's Minute Order [#73]. The Government and both parties agree that the two remaining restricted documents in this case can now have all restriction removed. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#75] is **GRANTED**. The Clerk of Court shall **remove** all restriction from the following docket entries: Nos. 26 and 42.

    Dated: February 12, 2025