IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Charlotte N. Sweeney

Civil Action No. 22-cv-00286-CNS-KAS

GREENBERG TAURIG, LLP, a New York limited liability partnership,

    Plaintiff,

v.

 TIJS VERWEST, an individual also known as Tiesto,

    Defendant.

## ORDER

Before the Court is United States Magistrate Judge Kathyrn A. Starnella's Recommendation to administrative close this case. ECF No. 74 (Recommendation). Neither party objects. For the reasons below, the Court affirms and adopts the Recommendation.

### I. BACKGROUND

Magistrate Judge Starnella provided a detailed background of this case and the related cases in her Recommendation. *See* ECF No. 74 at 1–3. For the instant purposes, Plaintiff moved unopposed to stay the case pending appeal in a related case. ECF No. 71. The Court referred Plaintiff's motion to Magistrate Judge Starnella. ECF No. 72. After weighing the appropriate factors, Magistrate Judge Starnella determined that a stay of this lawsuit would be appropriate. ECF No. 73 at 3. However, she ultimately recommended that the Court administratively close the case in lieu of an extended stay.

1

*Id.* at 4. She explained that this "case is well-suited for administrative closure given the ongoing appeal of directly-related proceedings in the Netherlands and the open-ended nature of when this lawsuit may be ripe to proceed or to be closed permanently." *Id.* (citing *Patterson v. Santini*, 631 F. App'x 531, 534 (10th Cir. 2015) ("Use of the administrative-closure mechanism allows district courts to remove from their pending cases suits which are temporarily active elsewhere (such as before an arbitration panel) or stayed (such as where a bankruptcy is pending)." (citation and internal quotation marks omitted))).

### III.   LEGAL STANDARD & ANALYSIS

When—as is the case here—neither party objects to a Magistrate Judge's Recommendation, the Court "may review a magistrate [judge]'s report under any standard it deems appropriate." *Summers v. State of Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985)). The Court is "accorded considerable discretion" when reviewing "unchallenged" recommendations. *Id.* Here, the Court has reviewed Magistrate Judge Starnella's thorough Recommendation and is satisfied that it is sound and that there is no clear error on the face of the record.

### V.   CONCLUSION

Consistent with the above analysis, the Court ORDERS the following:

(1)   The Court AFFIRMS and ADOPTS Magistrate Judge Starnella's Recommendation, ECF No. 74, in its entirety as an order of this Court;

(2)   This case is ADMINISTRATIVELY CLOSED pursuant to D.C.COLO.LCivR 41.2,[1] subject to reopening for good cause;

---

[1] D.C.COLO.LCivR 41.2 provides that a "district judge or a magistrate judge exercising consent jurisdiction may order the clerk to close a civil action administratively subject to reopening for good cause.

2

(3) Plaintiff's Unopposed Motion to Stay Case Pending Appeal in Related Case, ECF No. 71, is DENIED as MOOT; and

(4) The parties shall also file, when appropriate, either (i) a motion seeking to reopen the case, for good cause shown, or (ii) a motion, notice, or other appropriate filing regarding permanent closure of the case.

DATED this 13th day of February 2025.

BY THE COURT:

_____
Charlotte N. Sweeney
United States District Judge

---

Administrative closure of a civil action terminates any pending motion. Reopening of a civil action does not reinstate any motion."